UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EARNEST PETTWAY, | ) | Case No. CV 10-9002 CJC(JC) |
|            Petitioner, | ) ) | (~~PROPOSED~~) |
|     v. | ) ) | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND |
| T. OCHOA, | ) ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
|            Respondent. | ) ) | |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed petitioner's submission which the Court construes to be a Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

      IT IS ORDERED that the Petition is denied and this action is dismissed without prejudice because it is successive, petitioner did not obtain the requisite authorization from the Court of Appeals to file a successive petition, and this Court lacks jurisdiction to consider it.

      IT IS FURTHER ORDERED that the Clerk of the Court shall refer the Petition to the United States Court of Appeals for the Ninth Circuit (the "Ninth Circuit") pursuant to Ninth Circuit Rule 22-3(a).

1    IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order,
2 the United States Magistrate Judge's Report and Recommendation, and the
3 Judgment herein on petitioner and on any counsel for respondent.
4    LET JUDGMENT BE ENTERED ACCORDINGLY.
5 DATED: January 7, 2011

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE