JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EARNEST PETTWAY, | ) | Case No. CV 10-9002 CJC(JC) |
| | ) | |
| Petitioner, | ) | (~~PROPOSED~~) |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| T. OCHOA, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that petitioner's submission which the Court construes to be a Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed without prejudice.

DATED: January 7, 2011

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE